**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOSHUA MELLO,
RACHEL WARE
PLAINTIFF

V.                                                          C.A. No.1:23-cv-000479-JJM-LDA;
                                                                  1:23-cv-000480-JJM-LDA

JOHN ROCCHIO, AND
EDWARD ARRUDA, DEFENDANTS

**MOTION FOR EXTENSION OF TIME TO SUPPLY DISCOVERY & INTERROGATORIES**

Now comes the Plaintiffs, Joshua Mello and Rachel Ware, requesting an extension of time to supply discovery in Case No. 1:23-cv-000479-JJM-LDA;1:23-cv-000480-JJM-LDA currently pending before United States District Court for the District of Rhode Island.

Due to unexpected circumstances pertaining to family, we find it necessary to request an extension of 60 days to provide discovery materials.

We assure you that we are diligently working to compile the necessary documents and information for discovery and will make every effort to complete this task within the requested extension period.

Granting this extension will allow all parties involved to adequately prepare for the proceedings and ensure a fair and just resolution to this matter.

Thank you for your attention to this matter. Please do not hesitate to contact us if you require any further information or clarification.

Respectfully,

*Joshua Mello and Rachel Ware*
_____
Joshua Mello
57 Rolfe Square Unit 10113
Cranston, RI 02910
401.426.0778
kskustomsrideons@gmail.com

1

## CERTIFICATION

I certify that a true and accurate copy of the within was mailed, postage paid on the 15th day of April 2024 to:

Julia K. Scott-Benevides, Esq
Desisto Law LLC
60 Ship Street
Providence, RI 02903

*Rachel Ware*