# Exhibit B

| Case # 21-58022-AR | | | Cranston Police Department Property Form | | Crime Class# |
|---|---|---|---|---|---|

**Owner:** CPD  
**Officer:** Rocchio   **Badge#** 435  
**Address:**  
**Date/Time:** 10/21/21 0831 hrs.  
**City:**   **State:**   **Zip Code:**   **Arrestee:** Mello, Joshua  
**Phone:**   **D.O.B.**   **D.O.B.** 3/18/75

Check Appropriate Category (s)

[✓] Evidence  [ ] Narcotics/drugs  [✓] Property for safekeeping  [ ] Found Property  [ ] Property For Destruction

| Item # | Quantity | Pr# | Description (color, size, make, weight, etc.) | Serial# | BCI Storage Only |
|---|---|---|---|---|---|
| 1 | 1 | 21-2835-PR | black folding Gerber knife | | B105 |
| 2 | 1 | 21-2836-PR | black folding CRKT knife | | |
| 3 | 1 | 21-2837-PR | black folding Husky razor knife | | D105 |

**Placed in secure pass through locker by**  
By: [signature]   Date: 10/21/21   Time: 1700

**Placed in the alarmed evidence room by**  
By: [signature]   Date: 10/22/21   Time: 1400

**Final Disposition**

**Disposition:**  
[ ] Released to owner:  
[X] Destroyed:   1-3 Cru 9b 8/7/2]
[ ] Diverted:  
[ ] Other:  

**Authorizing officer:**   **Code:**   **Date:**

This form is to be placed into the pass through evidence lockers with the property.

Defendants- 3rd Supplemental- 000280

## TRACKING

Item(s) No._____ as indicated on front was checked out to and received by_____
Authorized by:_____ Code:_____ Date:_____ Hour:_____
For purpose of _____. Date:_____ Hour:_____ Item(s) No:_____
Was returned to _____ ( property custodian )

Item(s) No._____ as indicated on front was checked out to and received by_____
Authorized by:_____ Code:_____ Date:_____ Hour:_____
For purpose of _____. Date:_____ Hour:_____ Item(s) No:_____
Was returned to _____ ( property custodian )

Item(s) No._____ as indicated on front was checked out to and received by_____
Authorized by:_____ Code:_____ Date:_____ Hour:_____
For purpose of _____. Date:_____ Hour:_____ Item(s) No:_____
Was returned to _____ ( property custodian )

Item(s) No._____ as indicated on front was checked out to and received by_____
Authorized by:_____ Code:_____ Date:_____ Hour:_____
For purpose of _____. Date:_____ Hour:_____ Item(s) No:_____
Was returned to _____ ( property custodian )

Item(s) No._____ as indicated on front was checked out to and received by_____
Authorized by:_____ Code:_____ Date:_____ Hour:_____
For purpose of _____. Date:_____ Hour:_____ Item(s) No:_____
Was returned to _____ ( property custodian )

Item(s) No._____ as indicated on front was checked out to and received by_____
Authorized by:_____ Code:_____ Date:_____ Hour:_____
For purpose of _____. Date:_____ Hour:_____ Item(s) No:_____
Was returned to _____ ( property custodian )

Item(s) No._____ as indicated on front was checked out to and received by_____
Authorized by:_____ Code:_____ Date:_____ Hour:_____
For purpose of _____. Date:_____ Hour:_____ Item(s) No:_____
Was returned to _____ ( property custodian )

Item(s) No._____ as indicated on front was checked out to and received by_____
Authorized by:_____ Code:_____ Date:_____ Hour:_____
For purpose of _____. Date:_____ Hour:_____ Item(s) No:_____
Was returned to _____ ( property custodian )

## REMARKS

# Inventory Tracking Report for Cranston Police Department
## 11/18/2024

### Owner Information

| | |
|---|---|
| Owner: | MELLO, JOSHUA |
| Address: | 37 LAFAYETTE ST |
| | JOHNSTON, RI 02919 |
| Phone: | Home Phone: 401-426-0778 |
| Personal: | DOB: 03/18/1975  Age: 46  Sex: M |

### Property Details for 21-2835-PR (Original Case Number: 21-58022-AR)

Property Type: Other   Status: Out   Storage ID: B105-Bin #105 Knife Bin
Found Location:
Found By:
Follow-Up:
Details: 80 BLACK GERBER KNIFE
Amount: 1

### Tracking Entries

X First Entry: OFFICER JOHN P ROCCHIO Date: 10/21/2021 Time: 1310

Storage: Temporary Pass Through Locker #13 (Temporary)

1 Release: Detective ERIC LECLERC Date: 10/22/2021 Time: 1459
  Reason: Moved
  Return: No Return Required
  Storage: Bin #105 Knife Bin

2 Release: Detective JAMESON K WHEATLEY Date: 06/05/2023 Time: 1323
  Reason: DESTROYED
  Return: Final Disposition

Defendants- 3rd Supplemental- 000282

### 3rd Division District Court

# Case Summary

### Case No. 31-2021-08448

| | |
|---|---|
| **State of Rhode Island v. JOSHUA MELLO** § § | Location: **3rd Division District Court** <br> Filed on: **10/22/2021** |

---

## Case Information

Case Type: Misdemeanor
Case Status: **11/30/2022   Closed**

### Offense

Jurisdiction: **Cranston Police Department**

1. Disorderly Conduct

   | Statute | Degree | Offense Date | Filed Date |
   |---|---|---|---|
   | 11-45-1(a) | M | 10/21/2021 | 10/22/2021 |

   Arrest

2. Resisting Legal or Illegal Arrest

   | Statute | Degree | Offense Date | Filed Date |
   |---|---|---|---|
   | 12-7-10 | M | 10/21/2021 | 10/22/2021 |

3. Weapons Other Than Firearms Prohibited

   | Statute | Degree | Offense Date | Filed Date |
   |---|---|---|---|
   | 11-47-42(a) | M | 10/21/2021 | 10/22/2021 |

### Related Cases

3CA-2023-07481 (Consolidated Case)
P3-2022-4224A (Related Case Number)

### Statistical Closures

11/30/2022   Bench Trial Disposition

---

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **State of Rhode Island** | |
| **Defendant** | **MELLO, JOSHUA** <br> DOB: 03/18/1975 <br> SID: 10111985 | **Pro Se** <br> **Lisi, Justin James** <br> *Retained* <br> **DELANEY, WILLIAM J.** <br> *Court Appointed* <br> **HURVICH, CARL H.** <br> *Retained* <br> **Hornstein, James Thomas Jr.** <br> *Retained* <br> **MANFRED, LEO F.** <br> *Court Appointed* |
| **Agency** | **CRANSTON POLICE DEPARTMENT** <br> SID: @11813615 | |
| **Bond Payor** | **Ware, Rachel** | |

## Dispositions

11/30/2022   **Disposition** (Judicial Officer: McCaffrey, Mary E.)
   1. Disorderly Conduct
      Guilty Finding
   2. Resisting Legal or Illegal Arrest
      Not Guilty Finding
   3. Weapons Other Than Firearms Prohibited
      Guilty Finding

11/30/2022   **Sentence** (Judicial Officer: McCaffrey, Mary E.)
   1. Disorderly Conduct
      Judgment
      Criminal Sentence
         Effective Date: 11/30/2022
         Suspended: 6 Months
         Probation: 6 Months
      Condition - Adult:
         1. Court Costs, 11/30/2022, Active 11/30/2022

| | |
|---|---|
| 11/30/2022 | **Sentence** (Judicial Officer: McCaffrey, Mary E.) |
| | 3. Weapons Other Than Firearms Prohibited |
| |   Judgment |
| |   Criminal Sentence |
| |     Effective Date: 11/30/2022 |
| |     Suspended: 1 Year |
| |     Probation: 1 Year |
| |   Condition - Adult: |
| |     1. Court Costs, 11/30/2022, Active 11/30/2022 |

## Case Events

| | |
|---|---|
| 10/22/2021 | Criminal Case Information Update, JLINK to Police Department |
| 10/22/2021 | Criminal Complaint Filed |
| 10/22/2021 | Notice of Court Date |
| 11/16/2021 | Criminal Case Information Update, JLINK to Police Department |
| 11/16/2021 | Not Guilty Plea Entered |
| 11/16/2021 | Waiver of Jury Trial |
| 11/16/2021 | Referred to the Public Defender |
| 11/16/2021 | Notice of Court Date |
| 12/14/2021 | Criminal Case Information Update, JLINK to Police Department |
| 01/24/2022 | Criminal Case Information Update, JLINK to Police Department |
| 01/24/2022 | Notice of Court Date |
| 02/07/2022 | Criminal Case Information Update, JLINK to Police Department |
| 02/22/2022 | Criminal Case Information Update, JLINK to Police Department |
| 02/22/2022 | 46G Violation Filed |
| 02/22/2022 | Mittimus Issued |
| 02/22/2022 | Bond Posted |
| 02/22/2022 | Bail and Recognizance Conditions |
| 03/01/2022 | Criminal Case Information Update, JLINK to Police Department |
| 03/01/2022 | Entry of Appearance |
| 03/02/2022 | Criminal Case Information Update, JLINK to Police Department |
| 03/08/2022 | Notice of Court Date |

| Date | Event |
|---|---|
| 03/08/2022 | Public Defender Conflict Letter Filed |
| 03/09/2022 | Criminal Case Information Update, JLINK to Police Department |
| 03/10/2022 | Court Appointed Attorney Accepted |
| 03/15/2022 | Criminal Case Information Update, JLINK to Police Department |
| 03/21/2022 | Criminal Case Information Update, JLINK to Police Department |
| 03/21/2022 | Entry of Appearance |
| 03/21/2022 | Notice of Court Date |
| 04/04/2022 | Criminal Case Information Update, JLINK to Police Department |
| 04/04/2022 | Notice of Court Date |
| 04/11/2022 | Criminal Case Information Update, JLINK to Police Department |
| 04/11/2022 | Notice of Court Date |
| 04/14/2022 | Entry of Appearance |
| 04/22/2022 | Criminal Case Information Update, JLINK to Police Department |
| 05/02/2022 | Criminal Case Information Update, JLINK to Police Department |
| 05/02/2022 | Entry of Appearance |
| 05/16/2022 | Notice of Court Date |
| 05/18/2022 | Criminal Case Information Update, JLINK to Police Department |
| 05/23/2022 | Criminal Case Information Update, JLINK to Police Department |
| 06/13/2022 | Criminal Case Information Update, JLINK to Police Department |
| 06/29/2022 | Motion |
| 06/30/2022 | Notice of Court Date |
| 07/01/2022 | Criminal Case Information Update, JLINK to Police Department |
| 07/11/2022 | Criminal Case Information Update, JLINK to Police Department |
| 07/11/2022 | Entry of Appearance |
| 07/27/2022 | Criminal Case Information Update, JLINK to Police Department |
| 09/21/2022 | Criminal Case Information Update, JLINK to Police Department |
| 09/21/2022 | Notice of Court Date |
| 11/02/2022 | Criminal Case Information Update, JLINK to Police Department |
| 11/02/2022 | Notice of Court Date |

*1-50 of 79*