# Exhibit C

Rachel Ware
57 Rolfe Square Unit 10113
Cranston, RI 02910
kskustomsrideons@gmail.com
401.447.7769
December 13, 2024

Julia K. Scott-Benevides
DeSisto Law LLC
60 Ship Street
Providence, RI 02903

Re: Request for Original Document of "Exhibit A (Mello)" PDF

Dear Attorney Scott-Benevides,

I am writing to you in good faith regarding a document sent via email on November 28, 2024, titled "Exhibit A (Mello)" PDF. This document is also referenced as Defendants' 3rd Supplement 000280-000286. Upon a thorough review of the file, several irregularities and concerns have been identified, which necessitate further clarification and examination.

**Issues Identified in the Document:**

1. **Text Alignment and Lineage:** The document exhibits irregularities in text alignment, lineage, and visual blemishes that suggest potential alterations.
2. **Font and Ink Variations:** There are inconsistencies in the font style and ink tones throughout the document, raising questions about its authenticity.
3. **Handwriting Discrepancies:** The handwriting on page one shows irregularities, including the checkboxes, when magnified.
4. **Metadata Analysis:** A review of the metadata indicates creation date on November 18, 2024, and modification date of November 25, 2024, 7 days after creation. These dates raise questions about the chain of custody and potential edits made to the document.
5. **Blank Page:** Page two, identified as a tracking log, is inexplicably blank, leaving a gap in the document's continuity.
6. **Conflicting Information:** On page three, the document states that evidence was destroyed on June 5, 2023. However, page one contains a signature and a date of August 7, 2023, also referencing the destruction of evidence. These discrepancies suggest inconsistencies that require clarification.

Given the above concerns, I respectfully request:

1. **The Original Document:** Please provide the original document from which the PDF was scanned or created in its entirety.
2. **Clarification on Creation:** Clarify whether the PDF was created by your office or by the police department before being transmitted to you.

These steps are essential to address the inconsistencies, verify the authenticity of the evidence presented, and eliminate any presumption that the document has been altered. To facilitate a timely resolution, I kindly request that the original document be provided within 10 days, no later than December 23, 2024.

Thank you for your attention to this matter. I trust we can resolve these concerns promptly and in good faith. Should you require any additional information from me, please do not hesitate to reach out.

Sincerely,
Rachel Ware


**CERTIFICATION**

I certify that a true and accurate copy of the within was emailed and mailed, postage prepaid, to on the 13th day of December 2024:

Julia K. Scott-Benevides
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
julia@desistolaw.com

/s/ Rachel Ware