# Exhibit D

| From: | Julia Benevides |
|---|---|
| To: | Joshua Mello |
| Cc: | Marc DeSisto |
| Subject: | Re: Mello vs Arruda Case Nos.: 1:2023-cv-00479 & 1:2023-cv-00480 |
| Date: | Saturday, December 14, 2024 1:36:28 PM |
| Attachments: | Image.png |

Good Afternoon Rachel,

To respond to your email regarding the "metadata" you accessed and referenced in your "Good Faith Letter," the document that you're referring to was received by my office on November 18, 2024, and was bates stamped to be produced as part of Defendants' Third Supplemental Response to Plaintiffs' RFP on November 25, 2024.

Best,
Julia


**Julia K. Scott-Benevides, Esq.**

60 Ship Street, Providence, RI 02903

(401) 272-4442 Ext. 206 | Direct: (401) 272-0749

DESISTOLAW    julia@desistolaw.com
              www.desistolaw.com

This e-mail message and any attachments are confidential, may contain attorney-client privileged information and are intended for the recipient(s) to whom they are addressed only. If you are not an intended recipient, you have received this e-mail in error and any use, review, dissemination, forwarding, printing or copying of this e-mail or the information contained therein is strictly prohibited. All messages sent to and from this office may be monitored to ensure compliance with internal policies and to protect the firm's interest and that of its clients. If you have received this e-mail in error, please notify the sender immediately and then delete this message. Thank you.


Get Outlook for iOS

**From:** Joshua Mello <kskustomsrideons@gmail.com>
**Sent:** Friday, December 13, 2024 6:05:44 PM
**To:** Julia Benevides <Julia@desistolaw.com>
**Cc:** Marc DeSisto <marc@desistolaw.com>
**Subject:** Mello vs Arruda Case Nos.: 1:2023-cv-00479 & 1:2023-cv-00480

Julia,
Please see the "Good Faith Letter" attached. I also included the document in question.

Be Well,
Rachel

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

**This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering**

**the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.**