# Exhibit E

| | |
|---|---|
| **From:** | Joshua Mello |
| **To:** | Julia Benevides |
| **Cc:** | Marc DeSisto |
| **Subject:** | Re: Mello vs Arruda Case Nos.: 1:2023-cv-00479 & 1:2023-cv-00480 |
| **Date:** | Saturday, December 14, 2024 2:30:45 PM |
| **Attachments:** | Image.png |

Good Afternoon Julia,

There are several additional questions that you did not address including that we would like to see the original. There are inconsistencies in the document in which I stated in the "Good Faith Letter" that bring into question if it has been altered, edited or doctored that you just blatantly ignored. The metadata shows it was created and produced on a Konica Minolta bizhub C458 on November 18, 2024. Does your law office have that kind of copier/printer/scanner in which you created the PDF? Then you have the paper originals from the Cranston Police Department that you scanned at your law office in which we would like to see?

Additionally this is what some of the metadata reads and or indicates in the list below.

Understanding the Date/Time Entries:

1. Metadata Creation Date (11/18/2024):

   ○ This reflects the original creation date of the document when it was first scanned or generated by the KONICA MINOLTA bizhub C458 device.

2. Metadata Modification Date (11/25/2024):

   ○ This indicates that the document's content or metadata was altered or reprocessed on November 25, 2024, potentially by:
      ■ Saving it again on the device or a system.
      ■ Applying edits, such as adding annotations, combining pages, or re-exporting it.

3. File Creation Date/Time (11/28/2024):

   ○ This is specific to the current instance of the file. It indicates when the file was saved or transferred to its current location (e.g., copied to another drive, downloaded from email, or saved locally on the system).
   ○ This date differs because it reflects when this file copy/version was introduced to its current system environment.

4. This is some of the raw metadata we collected.

File Size : 442 kB Zone Identifier : Exists File Modification Date/Time : 2024:11:28 21:56:30-05:00 File Access Date/Time : 2024:12:08 14:53:33-05:00 File Creation Date/Time : 2024:11:28 21:56:30-05:00 File Permissions : -rw-rw-rw- File Type : PDF File Type Extension : pdf MIME Type : application/pdf PDF Version : 1.4 Linearized : Yes XMP Toolkit : Adobe XMP Core 9.1-c001 79.675d0f7, 2023/06/11-19:21:16 Producer : KONICA MINOLTA bizhub C458 Create Date : 2024:11:18 11:19:27-05:00 Modify Date : 2024:11:25 13:24:44-05:00 Metadata Date : 2024:11:25 13:24:44-05:00 Creator Tool : KM_C458 Document ID : uuid:6bbb1ec307e8120b131be3e321547fe3 Instance ID : uuid:bb22ea4b-bd7c-4679-94ed-42cd7e617fde Rendition Class : default Version ID : 1 Derived From Instance ID : uuid:6bbb1ec3-07e8-120b-131b-e3e321547fe3 Derived From Document ID : uuid:6bbb1ec3-07e8-120b-131b-e3e321547fe3 Format : application/pdf Title : SKM_C45824111811190 Page Count : 7 Creator : KM_C458

Please readdress the good faith letter and this email and answer all questions presented.

Best,
Rachel

On Sat, Dec 14, 2024 at 1:36 PM Julia Benevides <Julia@desistolaw.com> wrote:
Good Afternoon Rachel,

To respond to your email regarding the "metadata" you accessed and referenced in your "Good Faith Letter," the document that you're referring to was received by my office on November 18, 2024, and was bates stamped to be produced as part of Defendants' Third Supplemental Response to Plaintiffs' RFP on November 25, 2024.

Best,
Julia

**Julia K. Scott-Benevides, Esq.**

60 Ship Street, Providence, RI 02903

(401) 272-4442 Ext. 206 | Direct: (401) 272-0749

DESISTOLAW julia@desistolaw.com

www.desistolaw.com

This e-mail message and any attachments are confidential, may contain attorney-client privileged information and are intended for the recipient(s) to whom they are addressed only. If you are not an intended recipient, you have received this e-mail in error and any use, review, dissemination, forwarding, printing or copying of this e-mail or the information contained therein is strictly prohibited. All messages sent to and from this office may be monitored to ensure compliance with internal policies and to protect the firm's interest and that of its clients. If you have received this e-mail in error, please notify the sender immediately and then delete this message. Thank you.

Get Outlook for iOS

**From:** Joshua Mello <kskustomsrideons@gmail.com>
**Sent:** Friday, December 13, 2024 6:05:44 PM
**To:** Julia Benevides <Julia@desistolaw.com>
**Cc:** Marc DeSisto <marc@desistolaw.com>

**Subject:** Mello vs Arruda Case Nos.: 1:2023-cv-00479 & 1:2023-cv-00480

Julia,
Please see the "Good Faith Letter" attached. I also included the document in question.

Be Well,
Rachel

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

**This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering**

**the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.**

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

**This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering**

**the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.**