# Exhibit D

| | |
|---|---|
| **From:** | Joshua Mello |
| **To:** | Julia Benevides |
| **Subject:** | Additional documents for discovery |
| **Date:** | Friday, September 13, 2024 8:00:33 AM |
| **Attachments:** | mello 2022 taxes.pdf |
| | jm K"s taxes 2021.pdf |
| | gardencityer.pdf |

Julia,
Here are additional documents related to discovery, I have also included images of Mr.Mello's injuries from October 21, 2021.

Best Regards,
Rachel

- 20211021_190158.jpg
- 20211021_190208_HDR.jpg
- 20211021_190212_HDR.jpg
- 20211021_190219_HDR.jpg
- 20211021_190225_HDR.jpg
- 20211021_190231.jpg
- 20211021_190237.jpg
- 20211021_190244_HDR.jpg
- 20211021_190249.jpg
- 20211021_190252.jpg
- 20211021_190306.jpg
- 20211021_190317.jpg

Name: Mello, Joshua J
DOB: 3/18/1975
Chart: 246084
Age: 46 year old male
Date: 10/24/2021

**GARDEN CITY TREATMENT CENTER**
1150 Reservoir Avenue | Cranston, RI 02920
Tel. (401) 946-2400 • Fax: (401) 946-5862 • gctreatment.com


*246084-1*

---

**PATIENT INSTRUCTIONS:**

Left Rib Contusion

Medication escripted to CVS 681 Reservoir Ave Cranston.

- Naprosyn – Take 1 tablet 2 times a day as needed with food

Ice area 3 times a day for 15 minutes each time for 3 days.

Every 1-2 hours while awake take a deep breath + cough.

Any shortness of breath, cough, or fever be evaluated right away.

Information Provided

---

**CONDITION ON DISCHARGE:** ☐ SAME   ☐ IMPROVED   ☐ EXPIRED   ☐ HOSPITAL
**TRANS. ON DISCHARGE:** ☐ AMBULANCE/RESCUE   ☐ AMBULATORY   ☐ WHL CHR   ☐ REL/FRIEND'S CAR

YOUR TREATMENT HAS BEEN PROVIDED ON AN **EMERGENCY BASIS ONLY.**
IF SYMPTOMS DO NOT IMPROVE AFTER 2-3 DAYS OR **IF SYMPTOMS WORSEN**, FOLLOW-UP AT GCTC, THE HOSPITAL, OR WITH YOUR PCP FOR A REEVALUATION ASAP

MD/NP'S SIGNATURE        RN'S SIGNATURE        PATIENT'S SIGNATURE

**CLINICAL SUMMARY TO PATIENT**
**PLEASE BRING TO PCP**

YOU HAVE BEEN PRESCRIBED Naprosyn
A SIMILAR MEDICATION TO THOSE SOLD OVER THE COUNTER AS ANTI-INFLAMMATORY. DO NOT TAKE ADDITIONAL MOTRIN, ADVIL, ALEVE, OR ASPRIN. 1 DAILY DOSE OF ASPRIN AS ORDERED BY YOUR PHYSICIAN IS PERMITTED.

| | |
|---|---|
| Name | Joshua Mello |
| Patient ID | 246084 |
| Encounter Date | Oct 24, 2021 |
| Encounter Provider | Garden City Treatment Center, Inc |

| | |
|---|---|
| Document Created Location: | Oct 24, 2021<br>Garden City Treatment Center |
| | Address:<br>1150 Resevoir Avenue<br>Suite 100<br>Cranston, RI, 02910 |
| | Phone:<br>(401) 946-2400 |

## Demographics

| | | | |
|---|---|---|---|
| Address | 37 Lafayette St<br>Providence, RI, 02919 | Race | White |
| Phone | Home: (401) 426-0778<br>Work:<br>Fax: | Ethnicity<br>Preferred Language | eng (ISO639-2) |
| Email: | @ | | |
| Birthdate | Mar 18, 1975 | | |
| Sex | Male | | |

## Diagnoses

| Description | Status | Code | Diagnosis Date | Last Modified Date | Type | Source |
|---|---|---|---|---|---|---|
| Contusion of left front wall of thorax, initial encounter | Active | 428016006 (SNOMED-CT) | Oct 24, 2021 | Oct 24, 2021 | Diagnosis | SRS EHR by SRSsoft. (EHR) |

## Vital Signs

| Date | Height/Length | Weight | BMI | Blood Pressure |
|---|---|---|---|---|
| Oct 24, 2021 | 67.00 in | 210.00 lbs | 32.9 | 117 / 77 |

## Medications Administered During Visit

| Drug Name | Code | Date | Dosage | Strength | Route | Quantity | Status |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

## Medications

| Drug Name | Code | Date | Form | Strength | Route | Quantity | Refills | Instruction | Status | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn | 105899 (RxNorm) | Oct 24, 2021 | tablet | 500 mg | by mouth | 20 | 0 | Take 1 tablet by mouth twice a day. | Active | SRS EHR by SRSsoft. (EHR) |

## Immunizations

| Vaccine | Disposition | Route | Site | Code | Date | Lot# | Manufacturer Name | Amount/Unit | Source |
|---|---|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | | | |

## Allergies

| Type | Code | Date | Description | Agent | Reaction | Status | Source |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

## Social History

| Description | Status | Code | Start Date | Quit Date | Source |
|---|---|---|---|---|---|
| No Data Available | | | | | |

## Procedures

| Procedure | Code | Date | Disposition | Source |
|---|---|---|---|---|
| No Data Available | | | | |

## Results

| Test | Date | Status | Source |
|---|---|---|---|
| No Data Available | | | |

## Care Team

| Provider Name | Provider Contact Information | Role |
|---|---|---|
| Garden City Treatment Center, Inc | | |

## Plan of Care

### Care Plan

| Notes | Date |
|---|---|
| None Specified | |

### Diagnostic Tests Pending

| Description | Code | Date |
|---|---|---|
| No Data Available | | |

### Future Appointments

| Provider | Date | Location |
|---|---|---|
| No Data Available | | |

### Future Scheduled Tests

| Description | Code | Date |
|---|---|---|
| No Data Available | | |

### Future Scheduled Procedures

| Description | Code | Date |
|---|---|---|
| No Data Available | | |

## Referral to Providers

| Provider Name | Provider Contact Information |
|---|---|
| No Data Available | |

## Reason for Visit

| Date | Reason |
|---|---|
| No Data Available | |

## Instructions

### Recommended Patient Decision Aids

| Patient was supplied with educational material on: |
|---|
| No Data Available |

### Clinical Instructions

| Instruction | Date |
|---|---|
| No Data Available | |

Electronically generated by SRS EHR

http://srsapp/SRSUI/messaging/Messaging.ashx?PersonID=1344771028&EncounterID={...    10/24/2021