# Exhibit G

| | |
|---|---|
| **From:** | Julia Benevides |
| **To:** | kskustomsrideons@gmail.com |
| **Cc:** | Ana Boorady Bloom; Marc DeSisto |
| **Subject:** | Mello et al v. Arruda et al |
| **Date:** | Monday, October 21, 2024 3:40:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Good Afternoon Rachel and Josh,

In follow-up to the discovery dispute conference with Magistrate Almond earlier this afternoon, if you could please provide me with a Privilege Log in compliance with 26(b)(5) of the Federal Rules of Civil Procedure for any and all documents and/or information that either of you are withholding in relation to the requests pursuant to an attorney-client privilege, work product privilege, and/or a "reporter's privilege."

Defendants are still requesting information and documents as requested in Defendants' Interrogatories addressed to Rachel Ware, Interrogatory No. 14, Defendants' Interrogatories addressed to Joshua Mello, Interrogatory No. 14, Defendants' Request for Production of Documents addressed to Rachel Ware, Request No. 11, and Defendants' Request for Production of Documents, Request No. 11.

In addition, Defendants are still requesting email correspondence or other written communications with the Cranston School Department, its employees, agents, and/or representatives concerning the matters set forth in the Complaint as requested in Defendants' Request for Production of Documents Request Nos. 5 and 7. Specifically, this request relates to all email correspondence or other written communications Superintendent Nota-Masse and Assistant Superintendent Norma Cole regarding the incident and the "No Trespass Order" that you and Josh received as a result of the incident alleged in the Complaint that you testified to in your deposition. This request also relates to any and all email correspondence or other written communications with the Cranston School Department that you have had regarding the issues set forth in the Complaint as you testified to in your deposition.

Please provide me with supplemental responses within twenty (20) days, on or before November 10, 2024. If you would like to discuss these requests further, please feel free to contact me.

Best,
Julia


**Julia K. Scott-Benevides, Esq.**
60 Ship Street, Providence, RI 02903
(401) 272-4442 Ext. 206 | Direct: (401) 272-0749
julia@desistolaw.com
www.desistolaw.com

This e-mail message and any attachments are confidential, may contain attorney-client privileged information and are intended for the recipient(s) to whom they are addressed only. If you are not an intended recipient, you have received this e-mail in error and any use, review,

dissemination, forwarding, printing or copying of this e-mail or the information contained therein is strictly prohibited. All messages sent to and from this office may be monitored to ensure compliance with internal policies and to protect the firm's interest and that of its clients. If you have received this e-mail in error, please notify the sender immediately and then delete this message. Thank you.

| | |
|---|---|
| **From:** | Joshua Mello |
| **To:** | Julia Benevides |
| **Subject:** | Mello et al vs Arruda et al |
| **Date:** | Monday, October 28, 2024 3:31:18 PM |
| **Attachments:** | PLAINTIFF'S PRIVILEGE LOG 1.pdf<br>requested informaiton from email 10.21.pdf<br>exhbit 1.1.pdf<br>exhibit 1.pdf |

Julia,

In response to your email dated 10/21 here it the privilege log and responses to the production of documents and answer to the interrogatory. A copy has been mailed to you as well. I was unable to merge the files to create one exhibit 1 but they are labeled accordingly.

Take Care,
Rachel

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

**This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering**

**the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.**