# Exhibit I

# DESISTO LAW LLC
### ATTORNEYS AT LAW

60 SHIP STREET
PROVIDENCE, RI 02903
(401) 272-4442 Ext.206
Fax: (401) 533-9848
Julia@desistolaw.com

Julia K. Scott- Benevides, Esquire

November 8, 2024

**_Sent via email and through Certified Mail_**

Joshua Mello
57 Rolfe Square, Unit 10113
Cranston, Rhode Island 02910
kskustomsrideons@gmail.com

   **_Re: Mello et al. v. Arruda et al.; C.A. No. 23-cv-00479-JJM-LDA; C.A. No. 23-cv-00480-JJM-LDA_**

Dear Josh,

  On September 27, 2024, I emailed and sent through certified mail Defendants' Third Request for Production of Documents addressed to you. The responses to Defendants' Third Request for Production of Documents were due on October 27, 2024. These responses are not overdue.

  Please contact me within the next two week to discuss a response date so I can avoid filing a motion to compel these responses. Please consider this letter as compliance with Rule 37(a)(2). Thank you and I look forward to hearing from you.

            Very truly yours,

            ***/s/ Julia K. Scott- Benevides***

            Julia K. Scott- Benevides

Cc: Marc DeSisto; marc@desistolaw.com