# Exhibit L

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSHUA MELLO and RACHEL WARE,

    Plaintiffs,

VS.                      C.A. No. 1:23-cv-00480-JJM-PAS

DEREK GUSTAFSON, TIMOTHY VESEY,
STEVEN CATALANO, JOHN ROCCHIO and
EDWARD ARRUDA,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOCONFERENCE DEPOSITION

OF JOSHUA MELLO, a Pro Se Plaintiff in the above-entitled matter, conducted by Julia K. Scott-Benevides, Esq., on behalf of the Defendants, conducted remotely via Zoom, on August 15, 2024, before Adam M. Derham, CSR, RPR, and Notary Public in and for the State of Rhode Island.

*Premier Legal Support, Inc.  (401) 352-6869*

```
 1                    APPEARANCES OF COUNSEL

 2
         On Behalf of the Defendants:
 3
             JULIA K. SCOTT-BENEVIDES, ESQ.
 4           DeSISTO LAW LLC
             60 Ship Street
 5           Providence, Rhode Island 02903
             401.272.4442
 6           julia@desistolaw.com
             (VIA VIDEOCONFERENCE)
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  have a concussion.  I don't recall who I spoke to.
2        But, yes, obviously, I indicated to them why I was
3  there, clearly.
4        Q.  And were you told that they were going to go get
5  your daughter?  What was the conversation that you had?
6        A.  They wanted to get hung up on a masking issue,
7  if I recall, from the trial and stuff and all the
8  nonsense that's gone back and forth over the years.  That
9  was the initial problem:  a mask, mask incompliance, if I
10 recall properly.
11       Q.  So, while there was a problem with a mask, did
12 anyone else come out to talk to you?
13       A.  As I indicated before, several people came out
14 and talked to me from the vice principal, principal; and,
15 in that term, they found out, yes, they needed to release
16 my daughter.  Correct.
17       Q.  And, when you say -- do you know who came out
18 first:  the vice principal or principal?
19       A.  To the best of my recollection, it was a female.
20       Q.  Do you recall that individual's name?
21       A.  No, not off the top of my head, I don't.
22       Q.  At some point did --
23       A.  It was the staff for sure, like, faculty, not,
24 like, administration.  She was like an administrator or
25 something.

1       A.  Correct, but it didn't get that far.
2       Q.  Okay.  And I'm trying to piece together
3   what happened, between this masking conversation and,
4   you know, you wanting to pick up your daughter, with
5   Ms. Coutu and Principal Vesey coming over.
6       What happened in between that; like, what led up to
7   that, that you can recall?
8       A.  I don't recall.  I know that they came out.
9   He came over, and he was engaging.  A lot of this is just
10  based off what I can recall from the video 'cause I told
11  you:  I don't recall the conversation.  I had my head
12  thrown to the ground.  I had a concussion and a blackout;
13  so a good percentage of what even happened at that
14  point --
15          THE WITNESS:  Hold on.  I've got to plug in my
16  computer, though.  Sorry.
17      A.  -- still is -- is -- is missing.
18      But, standing there and talking to them, it all
19  seemed just like what's going on, you know, more of a
20  confusion aspect, if anything, more than anything.
21      Q.  And what was the confusion about?
22      A.  Well, mostly it seemed to be over masking, I
23  would say.  It was a whole confusing over masking,
24  like, and what -- what was gonna take place.  It was all
25  like -- and then, once I went back inside, I went over

*Premier Legal Support, Inc.  (401) 352-6869*

```
 1   speech, to the best of my abilities, because what was
 2   happening was disgusting; so I was probably speaking.
 3        I can't say what I was saying, but it wasn't worth
 4   being slammed on the head of a cruiser -- on the hood of
 5   a police cruiser for sure.  I can tell you that much.
 6        Q.  And, as you walked out of the building, what was
 7   your body doing:  Were you still and, like, letting them
 8   escort you out?
 9        A.  Yes.  I was fully compliant at that point; maybe
10   looking around a little bit to try to see where Rachel
11   was.  The only thing is I says, 'cause I can see it on
12   the video from the surveillance at this point, after
13   being -- having my head slammed off the ground, I was
14   in -- I had a concussion.  I was blacked out.  A lot of
15   that vestibule/hood stuff, for a little while, was
16   missing until I started watching the surveillance.
17        Q.  You continued to push your body back on the
18   officers, though; right?
19        A.  No, I did not.  As seen in the video, I was
20   fully compliant walking, never pushed against anybody.
21        Q.  And you've seen all of the videos, whether it be
22   the videos that you and Ms. Ware took or the videos on
23   the school surveillance; correct?
24        A.  I have watched them, correct.
25        Q.  Okay.  And, watching yourself back on the
```

```
 1   the specifics, and I don't want to say anything 'cause
 2   I'm not a hundred percent sure.  It's a lot of vague --
 3   a lot of not vagueness, but it's unclear.  I had a pretty
 4   significant head injury, and some stuff isn't as vague
 5   enough.
 6        I didn't even remember some of the stuff that
 7   happened at the school until I literally saw it.  I
 8   remember only being smashed off the hood of the cruiser
 9   only because I saw it with my own eyes.  If I never saw
10   that video, I would have never have remembered it
11   happening.  That's how severe of a head injury I have.
12        Q.   Okay.  I'm going to take down Exhibit D, and
13   you testified that you were seeking counseling with your
14   daughter.  Do you know that counselor's name?
15        A.   Eugenia Silva.
16        Q.   And do you know where she's out of?
17        A.   Cranston, Pike -- Putnam -- Plainfield Pike?
18   Putnam Pike?  I think it's, like, 44.  They've got a
19   new Seasons, a couple of gas stations over there.  It's
20   right up the street from -- so you go by the -- if you
21   go by the, what you call it there -- the BLE, the
22   election -- the election joint there.  Oh, my goodness.
23        Yeah, so you come up past the Walmart.  You pass
24   that -- the election joint, and you keep going up the
25   hill.  You pass the farm, what's that, Pezza Farm.  You
```