# Exhibit N

   



**Rachel Ware**
July 10, 2022

We are greatful for those who came to **Josh Mello** aid when he was assaulted while covering the Rally at the Statehouse on June 24. He is still recovering and we are still waiting to find out more results. After being rushed to the ER Friday, this was the wonderful aftermath. Hair 0 sticky pads 13. Thank you for all who have reached out and continue to send positive vibes his way. The guy in the green will be found and those guilty will be held accountable.

— with **Liberty Quahog** and **Joshua Mello**.

 29                                                                                                                29

**Most relevant**

**Sharon Clark**
Justice must be served.

2y   Like                3 

