# Exhibit M

21°

SIGN UP



PROVIDENCE

# Providence police officer takes stand in assault trial

by: **Adriana Rozas Rivera**
Posted: Nov 3, 2022 / 10:52 AM EDT
Updated: Nov 3, 2022 / 06:24 PM EDT

SHARE   

PROVIDENCE, R.I. (WPRI) — The bench trial of a Providence police officer accused of **assaulting a political rival** resumed Thursday.

Jeann Lugo, 35, faces a simple assault charge after he allegedly attacked Rhode Island Political Cooperative co-founder Jennifer Rourke. Lugo was off-duty at the time of the incident which happened during an abortion rally outside the Rhode Island State House.

Lugo, the first witness on the stand Thursday, claimed his priority as an off-duty officer was to apprehend **a suspect who assaulted Josh Mello**,

"The first hit knocked him out and then I observed the [suspect] eventually kicking Josh Mello in the head," Lugo recalled.

**BACKGROUND: Providence officer charged with assaulting political rival at abortion rally** ›

Lugo said in his attempts to capture the suspect, he applied two "police-trained open-handed distractionary strike techniques" on Rourke to "get her off" him.

"I was going to one: lose the suspect, and two: I was worried about my firearm being exposed and maybe even coming out of my holster," Lugo explained.

ADVERTISEMENT

Prosecutors argued Lugo should have identified himself to help the situation.

"All this stuff about Mello, it's not relevant," the prosecutor said. "What's relevant is you strike Ms. Rourke so you can make an arrest without identifying yourself."

"Sir, it happened very quickly and I had moments before I lost that suspect," Lugo said to the prosecutor.

Closing arguments wrapped up just before 4 p.m., with the judge saying he would not hand down a decision Thursday.

ADVERTISEMENT

READ NEXT ›

Only electricians may perform electrical inspections in RI homes under new law

READ NEXT ›

Next story in 5                                                          Cancel

According to the police report, Rourke said she was struck in the head three times. She identified her assailant as Lugo. In footage of the protest, a man who looks like Lugo appears to punch Rourke in the face.

"This is what it is to be a Black woman running for office," Rourke wrote on social media. "I won't give up."

In late August, the judge overseeing the trial dismissed a disorderly conduct charge against Lugo.

Lugo was running against Rourke in the race to replace Senate Majority Leader Mike McCaffrey. Lugo dropped out of the race after the incident, according to a now-deactivated Twitter account.

CONTENT CONTINUES BELOW SURVEY

**WHAT DO YOU THINK?**

Loading survey...

Lugo is currently on paid administrative leave. Providence Police Chief Hugh Clements recommended that he be terminated in the wake of the incident, but Lugo can't be fired outright because he's protected by the Law Enforcement Officers' Bill of Rights (LEOBOR).

**Providence officer accused of assaulting woman requests LEOBOR hearing** ›



**Be the First to Know:** Get the 12 News App to receive breaking news alerts on your phone or tablet »

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SPONSORED CONTENT**

Privacy Policy

**Advanced Trading Tools**
TradeStation

**Flight Attendant Reveals How To Fly Business Class For The Price of Economy**
Online Shopping Tools

**Eat 1 Teaspoon Every Night, See What Happens A Week Later [video]**
Health Benefits

**Trade Smarter, Not Harder**
TradeStation

**Diver Spot Sunken Plane On Ocean Floor, Decides to go Inside**
ramacredit

READ NEXT ›

Only electricians may perform electrical inspections in RI homes under new law 

READ NEXT ›

Next story in 5

**If You Drink Almond Milk Everyday, This Is What Happens**
Experts In Getting Slim

**Sneaky Way Rhode Island Homeowners Are Getting Their Old Roof Replaced**
Smart Lifestyle Trends

**U.S. Cardiologist Warns About Blueberries For Breakfast**
Gundry MD

**Cardiologists: How to Quickly Lose a Hanging Tummy**
Rising Health Trends

**The Eye Bag Reducer That Costco Shoppers Can't Stop Raving About**
beauty and glamour

## TOP STORIES

Jimmy Carter to be honored in Washington Tuesday

Beloved basketball coach and former player dies at …

Family displaced by Dighton fire

READ NEXT >

Only electricians may perform electrical inspections in RI homes under new law 

READ NEXT >

Next story in 5



**Weather Now: Frigid Temps for the Next Few Days**

**McDonald's is the latest to roll back diversity goals**

Top Stories

### MORE STORIES

 Donald Trump Jr. arrives in Greenland after his father …

 Strong earthquake kills at least 126 people in western …

 Who will replace Justin Trudeau?

 2 bodies are found in the landing gear of JetBlue …

 Jimmy Carter to be honored in Washington Tuesday

 Jean-Marie Le Pen, French far-right leader known …

 Jimmy Carter will be honored in Washington, a city …

 The next round of bitter cold and snow will hit the …

More Stories

**READ NEXT >**

Only electricians may perform electrical inspections in RI homes under new law 

**READ NEXT >**

Next story in 5

**Beloved basketball coach and former player dies at …**

Sports                                                                                                                                45 mins ago

**Family displayed by Dighton fire**

SE Mass                                                                 3 hours ago



**Boston Calling announces 2025 lineup**

Entertainment                                                        14 hours ago



**Mass. governor orders inspection of state-run shelters**

Massachusetts                                                     39 mins ago

**'Emaciated' dog abandoned at popular hiking spot**

SE Mass                                                                 19 hours ago

Show More



READ NEXT >

**Only electricians may perform electrical inspections in RI homes under new law**



READ NEXT >

Next story in 5

| Case Cards – All … | DNA Changing the Game | Cards: All In – Cases Closed | Inside the Task Force | Is It Ever Too Hopeless? |
|---|---|---|---|---|
| 12 on 12    5 years ago | 12 on 12    4 years ago | 12 on 12    4 years ago | 12 on 12    4 years ago | 12 on 12    4 years ago |

View All Cold Case Cards All In

## WPRI.com Video

| Beloved basketball coach and former player dies… | Family displaced by Dighton fire | WPRI 12 Weather Now 1/7/25: Frigid today with… | RI's $300M budget deficit top of mind for Shekarchi | RI's $300M budget deficit top of mind this… |
|---|---|---|---|---|
| 51 mins ago | 3 hours ago | 5 hours ago | 11 hours ago | 44 mins a |

More Videos

READ NEXT >

**Only electricians may perform electrical inspections in RI homes under new law**

READ NEXT >

Next story in 5

**PINPOINT WEATHER 12**

| Current | Tonight | Tomorrow |
|---|---|---|
| **21°** | **18°** | **27°** |
| Sunny | Clear<br>Precip: 1% | Partly Cloudy/Wind<br>Precip: 0% |



READ NEXT >

**Only electricians may perform electrical inspections in RI homes under new law**

READ NEXT >

Next story in 5



What does Providence Place mall's future look like?

Globe RI & 12 News

2 weeks ago

View All Globe RI & 12 News

**STORIES TRENDING NOW**

1  RI law: Electricians must conduct all home wiring …

2  A Frigid Feel for the Next Few Days

3  Beloved basketball coach and former player dies at …

4  Attleboro road rage victim speaks about brutal attack

5  Smiley eyes tax hike, school control, new parking …

**MUST SEE VIDEO**



MUST SEE: Hundreds evacuate after South Korean building …

Must-See Video   4 days ago

MUST SEE: Dazzling fireworks display over Arc de …

Must-See Video   4 days ago

MUST SEE: Protests in South Korea after impeached …

Must-See Video   4 days ago

View All Must-See Video

**BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY**



Here's when to take down your Christmas tree, according …

Holiday • 5 days ago



Top-rated blenders, smoothie makers and accessories …

Holiday • 2 weeks ago

These last-minute bestselling gifts will arrive before …

READ NEXT >

Only electricians may perform electrical inspections in RI homes under new law

READ NEXT >

Next story in 5



**Here are the best ugly Christmas sweaters this season**

Holiday • 3 weeks ago

View All BestReviews Picks

**DON'T MISS**



**Why 2025 is a rare 'perfect square year'**

| Mystic Aquarium asks for help naming seal pup

| Winner named in Herman Melville statue contest

| Man finds family who sent messages in a bottle

| South County Hospital welcomes RI's first 2025 baby

**LIVE CAMS ON WPRI.COM**



**WPRI 12 Live Cams**

READ NEXT >

**Only electricians may perform electrical inspections in RI homes under new law** 

READ NEXT >

Next story in 5

1/7/25, 9:26 AM
Case 1:23-cv-00479-JJM-LDA      Document 45-1      Filed 01/07/25      Page 12 of 14 PageID
Providence police officer takes stand in assault trial | WPRI.com                                      #: 655



## COMMUNITY EVENTS & HAPPENINGS



View All Community

---

**WHAT DO YOU THINK?**

Loading survey...

---

READ NEXT >

**Only electricians may perform electrical inspections in RI homes under new law**



READ NEXT >

Next story in 5

News
WATCH
Sports
FOX Providence
myRITV
NewsNation Now

Weather
Target 12
The Rhode Show
The CW Providence
Newsmakers
Meet The Team

About Us
Work For Us
About Our Ads
FCC File – WNAC
EEO Report
Children's TV Report – WNAC

Contact Us
Advertise
FCC File – WPRI
Mission FCC Applications
Children's TV Report – WPRI
Closed Captioning Concerns

Get News App
Get Weather App

Stay Connected

Privacy Policy  11/18/2024
FCC Applications
Subscribe To Push Notifications
NewsNation

Terms Of Use
Public File Assistance Contact
The Hill
BestReviews

READ NEXT >

Only electricians may perform electrical inspections in RI homes under new law 

READ NEXT >

Next story in 5

READ NEXT >

**Only electricians may perform electrical inspections in RI homes under new law**

READ NEXT >

**Next story in 5**