# EXHIBIT A

| Case # 21-58022-AR | | | Cranston Police Department Property Form | | Crime Class# |
|---|---|---|---|---|---|

| Owner: CPD | | | | Officer: Rocchio | Badge# 435 |
|---|---|---|---|---|---|
| Address: | | | | Date/Time: 10/21/21 0831 hrs. | |
| City: | State: | Zip Code: | | Arrestee: Mello, Joshua | |
| Phone: | D.O.B. | | | D.O.B. ▮/75 | |

**Check Appropriate Category(s)**

☑ Evidence ☐ Narcotics/drugs ☑ Property for safekeeping ☐ Found Property ☐ Property For Destruction

| Item # | Quantity | Pr# | Description (color, size, make, weight, etc.) | Serial# | BCI. Storage Only |
|---|---|---|---|---|---|
| 1 | 1 | 21-2835-PR | black folding Gerber knife | | B105 |
| 2 | 1 | 21-2836-PR | black folding CRKT knife | | |
| 3 | 1 | 21-2837-PR | black folding Husky razor knife | | D105 |

**Placed in secure pass through locker by**
By: [signature] Date: 10/21/21 Time: 1700

**Placed in the alarmed evidence room by**
By: [signature] Date: 10/22/21 Time: 1500

**Final Disposition**

Disposition:
☐ Released to owner:
☒ Destroyed: 1-3 [handwritten] 8/7/23
☐ Diverted:
☐ Other:

Description and Item number(s):

Authorizing officer:   Code:   Date:

This form is to be placed into the pass through evidence lockers with the property.