# EXHIBIT B



**Rachel Ware <rawvisions1979@gmail.com>**

## APRA Request

**Donald Robertson** <drobertson@cranstonpoliceri.gov>   Thu, Jan 2, 2025 at 3:11 PM
To: Rachel Ware <rawvisions1979@gmail.com>

Please see attached public records covered by APRA.

Respectfully,
Lt Donald J Robertson
Staff and Services Lieutenant
Cranston Police Department
Cranston, RI 02910
Desk: 401-477-5022
drobertson@cranstonpoliceri.gov

---

**From:** Rachel Ware <rawvisions1979@gmail.com>
**Sent:** Wednesday, December 18, 2024 10:07 AM
**To:** RecordsRequest <RecordsRequest@cranstonpoliceri.com>
**Subject:** APRA Request

[Quoted text hidden]

📄 **SKM_80824121810530_Redacted.pdf**
1511K