# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Joshua Mello
Plaintiff,

v.                                                  Case No.: 1:23−cv−00479−JJM

Edward Arruda, et al.
Defendant.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

January 8, 2025                             By the Court:

                                            /s/ Lincoln D. Almond
                                            United States Magistrate Judge