# Exhibit G

| | |
|---|---|
| **From:** | Joshua Mello |
| **To:** | Julia Benevides |
| **Cc:** | Marc DeSisto |
| **Subject:** | Concerns about altered document |
| **Date:** | Wednesday, December 18, 2024 12:01:02 PM |
| **Attachments:** | x1 image proofs.pdf |

Good Day Julia,

To follow up to your email dated December 15, 2024. We find it disconcerting that we are continuing this cat and mouse tails game. We reached out on 12/13/24 in good faith as this process is meant to be. The instance here to resolve a glaring and problematic discovery documentation Mello Exibit 1, that was produced during Discovery by you on 11/28/24. The documents at hand have several notable and serious issues, again of which have not addressed or answered "in good faith". We find it hard to understand how direct questions posed in simple plain language, are again deemed "unclear". These, along with several other instances of bad faith tactics are doing nothing but turn out billable hours for the firm on the backs of the cities tax payers at-large.

We'd like to direct your attention to the document(s) in question. The one(s) labeled Exhibit A (Mello) PDF which has/is without a doubt a series of altered and tampered with pages, specifically 1-3. Attached is a PDF containing a copy of what these documents look like from the lens of a forensic analysis program, call X1 Search which is part of the X1 Discovery forensic suite. This software reviews the documents in several manners and displays the results as provided. I'd like to think you'd see the seriousness of this altered documentation obtained and sent during such a serious legal matter, as well as additional implications and compounding questions which arise from such.

Altering of documents does not prevent accountability or responsibility for the litany of unconstitutional and criminal occurrences that have occurred against myself and my wife via the Cranston Police, its officers, the city and its law department etc. Furthermore, I can't see how certifying and sending altered documents wouldn't be a of a major concern to yourself or even Mark for that matter. Again given the serious nature and implication here. Which too are compounded with several other notable and serious issues we've brought to your attention only to have them go seemingly unaddressed or ignored. Potentially as if plausible deniability would be a "defense". Co-extensively, It seems like it would be in "good faith" to seek out and produce these originals and even signed documents along for observations and evaluation without further undue delay. As it relates to all pages, specifically page one, it should be for a true,attested and signed original.

None of this is acceptable. The Judge had mentioned we were to communicate to resolve issues in Discovery. How can we resolve anything if you constantly say things are unclear or you do not understand a straightforward question?

The document in question has the following issues;
1. Number of Text Blocks: The page contains 21 text blocks. This aligns with multi-segment text flow but indicates fragmented or non-continuous content.
2. Images Embedded: Page 1 contains 20 images. This is notably high for a single page, suggesting it involves scanned text overlaid with text extraction.
3. Multiple Images: The presence of 20 images indicates overlays or redundant layers, which are signs of tampering.

This is outside any OCR (Optical Character Recognition) or Metadata forensic analysis. We've performed several different types of forensic analysis. All of which identify in various ways the document is altered and heavily modified. This needs to be addresses and it should not be

hindered on whether the officer you are in contact with is away or not. I am sure there is someone else that can assist you, given the firms history with the city and department.

Regards
Josh Mello

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

**This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering**

**the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.**