# EXHIBIT A

# OPHTHALMIC SURGEONS LTD.

Atwood Medical Center
1524 Atwood Ave., Suite #240
Johnston, RI  02919

Telephone: 401 272-2110
Fax: 401 273-6236

Joshua Mello
███████████████
Cranston, RI 02920

February 14, 2025

To whom it may concern,

The above patient was seen in our office July 8, 2022. Josh's chief complaint at that time was he had ████████████████ blurry vision. The Optometry exam was within normal limits and had no ocular defects on that day.

Post the exam the patient had a Vaso Vagel Reaction in the public office bathroom. Josh was transported by ambulance to the hospital for follow up.

For any other questions please feel free to contact my office.

Sincerely,

Charles Newell OD

MELLO, JOSHUA

**Visit Note - July 8, 2022**

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 103109PAT000001790 | Male | 1975 | (401) 426-0778 | |

## Medications
**OPHTHALMIC MEDICATIONS**
neomycin-polymyxin B-dexameth 3.5
mg/g-10,000unit/g-0.1 % ointment OD

**NON OPHTHALMIC MEDICATIONS**
NONE

## Ocular History
Reviewed February 2, 2022.

## Social History
Reviewed February 2, 2022.
Smoking status - Unspecified

## Allergies

## Medical History
Reviewed February 2, 2022.

**Chief Complaint: ER ADD**

**HPI:** This is a 47 year old male who is being seen for a chief complaint of ER ADD. PT HERE FOR
PT ███████████████ VISION HAS BEEN OFF SO HE WANTS TO GET CHECKED
PT STATES IT HAPPENED A COUPLE WEEKS AGO
NO OTHER QUESTIONS OR CONCERNS

### Eye Exam
**Vision**

Distance Test Type: Snellen Chart          Near Test Type: Snellen

Dsc    OD    **20/25**          Nsc    OU    **J5**
       OS    **20/25 -1**

**Auto Refraction**
Auto Refraction Type: Non-Dilated AR; Binocular PD: 62.0 (Dist) 58.0 (Near)

| Eye | Measurement | DCC | NCC |
|---|---|---|---|
| **OD** | -0.25 -0.50 x 100 | | |
| **OS** | -0.50 | | |

### Exam:
An examination was performed

OD External: **dermatochalasis 2+ RUL EDEMA**          OS External: **dermatochalasis**
OD Lid Margin: quiet and normal          OS Lid Margin: quiet and normal

Slit lamp examination OD:          Slit lamp examination OS:
OD Conjunctiva: white and quiet          OS Conjunctiva: white and quiet

OD Cornea: **Reduced tear meniscus and Abnormal tear**          OS Cornea: **Abnormal tear break-up time and**
**break-up time**          **Reduced tear meniscus**

OD Anterior Chamber: deep and quiet anterior chamber          OS Anterior Chamber: deep and quiet anterior chamber

OD Iris: normal iris without rubeosis          OS Iris: normal iris without rubeosis

OD Lens: clear lens          OS Lens: clear lens

A dilated exam of the optic disc was performed OD.          A dilated exam of the optic disc was performed OS.

Ophthalmoscopic examination of optic disc OD:          Ophthalmoscopic examination of optic disc OS:
OD: **CD ratio 0.3**          OS: **CD ratio 0.3**
OD Optic Disc: flat and normal disc          OS Optic Disc: flat and normal disc

A dilated fundus exam was performed OD.          A dilated fundus exam was performed OS.

Ophthalmoscopic examination of retina and vessels OD:          Ophthalmoscopic examination of retina and vessels OS:
OD Vitreous: vitreous clear without hemorrhage, cells or          OS Vitreous: vitreous clear without hemorrhage, cells or
pigment          pigment
OD Vessels: vessels with normal contour, caliber without          OS Vessels: vessels with normal contour, caliber without
neovascularization          neovascularization
OD Macula: macula normal contour without heme, edema,          OS Macula: macula normal contour without heme,
drusen or exudate          edema, drusen or exudate
OD Periphery: periphery normal appearance without retinal          OS Periphery: periphery normal appearance without
tears, breaks, holes or mass          retinal tears, breaks, holes or mass

General Appearance of the patient is well nourished.

Orientation: alert and oriented x 3.

---

**Charles Newell (Primary Provider) (Bill Under)**
(401) 272-2110 Work
(401) 369-7255 Fax

Ophthalmic Surgeons Ltd.
1524 Atwood Avenue
Suite 240
Johnston, RI 02919-3228

Page 1



**MELLO, JOSHUA**

Visit Note - July 8, 2022

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 103109PAT000001790 | Male | 1975 | (401) 426-0778 | |

Mood and affect: no acute distress.

## Tests

### Automated Perimetry

Diagnostic Procedure: Automated Perimetry
Visual field type OD - 24-2 SITA Fast
Visual field type OS - 24-2 SITA Fast

Location: OU
Indication: Concussion without loss of consciousness

Findings OD: normal
Findings OS: normal
Reliability - OD: good
Reliability - OS: good

## Impression/Plan:

1.  **Blurred Vision NOS OU** - *PATIENT HAVING BLURRED VISION* ████████
    **(H53.8)**

    **Plan: Counseling - Blurred Vision.**
    I counseled the patient regarding the following:
    Eye care: Blurred vision may be treated with multiple different modalities. There are many different causes of blurred vision. Common causes include refractive error, diabetes, wet macular degeneration, macular edema, retinal scar, and macular hole. Treatment will be directed based on the underlying etiology. If treatment is possible modalities may include but not limited to eyeglass prescription, contact lens prescription, eye drops, laser procedures, intravitreal injections and operating room procedures.
    Contact Office If: You experience decrease in vision, pain, redness, flashes/floaters, black shadow or curtain or other eye concerns you may have.

2.  

3.  **Allergic Dermatitis of Eyelid OD** - *RUL*
    **(H01.111)**

4.  **Dry Eye Syndrome OU**
    **(H04.123)**

    **Plan: Treatment Regimen.**
    Other Instructions: INCREASE ART TEARS PRN.

5.  **Presbyopia OU** - *DV RX AS FOUND*
    *MAY USE OTC READERS PRN*

**Charles Newell (Primary Provider) (Bill Under)**
(401) 272-2110 Work
(401) 369-7255 Fax

Ophthalmic Surgeons Ltd.
1524 Atwood Avenue
Suite 240
Johnston, RI 02919-3228

Page 2



MELLO, JOSHUA

Visit Note - July 8, 2022

| | | | | | |
|---|---|---|---|---|---|
| PMS ID: | Sex: | | DOB: | Phone: | MRN: |
| 103109PAT000001790 | Male | | ████ 1975 | (401) 426-0778 | ████ |

(H52.4)

**Staff:**

Charles Newell (Primary Provider) (Bill Under)

Electronically Signed By: Charles Newell, 07/13/2022 08:08 AM EDT

**Charles Newell (Primary Provider) (Bill Under)**
(401) 272-2110 Work
(401) 369-7255 Fax

Ophthalmic Surgeons Ltd.
1524 Atwood Avenue
Suite 240
Johnston, RI 02919-3228

Page 3