## Viviana Gonzalez Gomez

| | |
|---|---|
| **From:** | Joshua Mello <kskustomsrideons@gmail.com> |
| **Sent:** | Monday, February 24, 2025 2:00 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | CASE NOS.: 1:2023-CV-00479 & 1:2023-CV-00480 |
| **Attachments:** | PLAINTIFFS OBJECTION TO MOTION TO DISMISS.pdf; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER.pdf |
| **Categories:** | Being Worked on VGG |

**CAUTION - EXTERNAL:**

Good Afternoon,

We received a Motion to Dismiss from the Defendants on 2/19/25. We have viewed the docket sheet several times since and do not see the motion on the docket. We check it to make sure we respond in time when allowed. In good fatih and to fulfill the obligation we are reaching out to the courts, and submitting our response to that motion sent to us in an email on 2/20/25 and the judges order January 25, 2025. We are unsure how to proceed.  Any questions concerns or problems please reach out, perhaps we over looked something. Attached you will find the motions for Plaintiffs Motion to Object to the Dismissal and the Protective Order for the Medical Records for case no. 00479 & 00480.

Thank You,
Rachel

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

**This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering**

**the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.