# EXHIBIT B

**Supreme Court**

No. 2025-80-M.P.

In the Matter of Kenneth A.D. Filarski, Esq. :

# O R D E R

On March 21, 2025, the Court's Chief Disciplinary Counsel filed an Emergency Petition for Immediate Interim Suspension pursuant to Article III, Rule 5(b)(6) of the Supreme Court Rules. The Petition avers, among other facts with supporting evidence, the following:

1. Respondent-Attorney, Kenneth A.D. Filarski, Esq., is currently an active attorney licensed to practice law in the State of Rhode Island.

2. Respondent-Attorney has caused confidential court records to be published publicly, in violation of state law and court rules.

3. Respondent-Attorney has also engaged in persistent, unwarranted attacks on lawyers, judges, court personnel, and innocent third parties.

4. Respondent-Attorney's erratic and untoward public behavior has escalated, bringing into question his fitness to practice law and undermining the integrity of the profession.

- 1 -

This Emergency Petition came before a single justice of this Court, sitting as Duty Justice. After consideration of this Emergency Petition, the following is ordered:

1. In furtherance of protecting the public and maintaining the integrity of the legal profession, it is ordered, adjudged, and decreed that the Respondent, Kenneth A.D. Filarski, Esq., is hereby suspended from the practice of law in this state on an emergency temporary basis, effective immediately and until further order of this Court. Such readmittance to the practice of law will require, in part, Respondent-Attorney to submit medical documentation evidencing an evaluation by a certified medical professional opining Respondent-Attorney is fit to practice law and not a danger to himself and/or others.

2. Disciplinary Counsel's Emergency Petition will be heard by the full Court at its conference on *April 10, 2025*.

3. Respondent-Attorney is hereby directed to respond to the Emergency Petition within **ten (10) days** of the date of this Order.

Entered as an Order of this Court this **21st** day of **March 2025**.

By Order,

/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

**SUPREME COURT – CLERK'S OFFICE**
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | |
|---|---|
| **Title of Case** | In the Matter of Kenneth A.D. Filarski, Esq. |
| **Case Number** | No. 2025-80-M.P. |
| **Date Order Filed** | March 21, 2025 |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. |
| **Source of Appeal** | N/A |
| **Judicial Officer from Lower Court** | N/A |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel<br><br>For Respondent:<br><br>Kenneth A.D. Filarski, *pro se* |

SU-CMS-02B (revised November 2022)