# Exhibit A



Joshua Mello <kskustomsrideons@gmail.com>

## Mello et al v. Arruda et al; C.A. 1:23-cv-00480-JJM-LDA
1 message

**Julia Benevides** <Julia@desistolaw.com>  Thu, Dec 14, 2023 at 3:56 PM
To: "kskustomsrideons@gmail.com" <kskustomsrideons@gmail.com>
Cc: Marc DeSisto <marc@desistolaw.com>

Good Afternoon Mr. Mello and Ms. Ware,

With regard to the above captioned matter, I've attached Notice of Appearances for Attorney Marc DeSisto and Attorney Julia K. Scott- Benevides on behalf of Defendants, Edward Arruda, John Rocchio, Derek Gustafson, Steven Catalano, and Timothy Vesey; Defendant, Steven Catalano's Acceptance of Service; Defendants' Partial Motion to Dismiss and the memorandum in support of Defendants' Partial Motion to Dismiss; and Defendants, Edward Arruda's and John Rocchio's Answer to the Complaint that were filed today, December 14, 2023, on the federal court's online e-filing system.

Copies of the same have been mailed to both of you through certified and regular mail.

Best,

Julia

**Julia K. Scott-Benevides, Esq.**

60 Ship Street, Providence, RI 02903

(401) 272-4442 Ext. 206 | Direct: (401) 272-0749

**DESISTOLAW** julia@desistolaw.com

www.desistolaw.com

This e-mail message and any attachments are confidential, may contain attorney-client privileged information and are intended for the recipient(s) to whom they are addressed only. If you are not an intended recipient, you have received this e-mail in error and any use, review, dissemination, forwarding, printing or copying of this e-mail or the information contained therein is strictly prohibited. All messages sent to and from this office may be monitored to ensure compliance with internal policies and to protect the firm's interest and that of its clients. If you have received this e-mail in error, please notify the sender immediately and then delete this message. Thank you.

**7 attachments**

**image001.png**
4K

**0013 - Answer (Mello).pdf**
234K

**0012.1 - Memorandum in Support of Defendant's Partial Motion to Dismiss (Mello).pdf**
347K

**0012 - Defendant's Partial Motion to Dismiss (Mello).pdf**
169K

**0011 - Defendant, Steven Catalano's Acceptance of Service (Mello).pdf**
161K

**0010 - Notice of Appearance - MD (Mello).pdf**
156K

**0009 - Notice of Appearance - JKB (Mello).pdf**
158K