# Exhibit B



Joshua Mello <kskustomsrideons@gmail.com>

## Re: Mello v. Cranston Police Department (23-cv-00479) and Mello v. Cranston School Department (23-cv-00480-JJM-LDA)
1 message

**Joshua Mello** <kskustomsrideons@gmail.com>    Thu, Dec 21, 2023 at 8:00 AM
To: Marc DeSisto <marc@desistolaw.com>

Good Morning Mr. DeSisto,

Received and understood. Please be advised that each defendant was mailed a letter and will receive them.

We are deeply troubled by the presence of Steven Catalano representing the city of Cranston in matters concerning Mr. Mello on Monday 12/18/23. The fact that Attorney Scott-Benevides was present and identified no issues with this situation also raises serious concerns. This apprehension is exacerbated by the Cranston City Solicitor's (Millea/ Catalano) efforts to curtail Mr. Mello's rights and further obstruct any potential legal recourse he may pursue to address the unjust convictions. This parallels Mr. Catalano's prior representation of the city of Cranston during Mr. Mello's scheduled remand hearing, where he feigned ignorance and failed to provide truthful information to the judge. This only exemplifies the ethical misconduct that Mr. Catalano has already demonstrated, and continues to prove our point.

Nevertheless, we are being reprimanded for seeking information relevant to our civil lawsuit. We hereby request that Steven Catalano refrain from being present or involved in any matters pertaining to Mr. Mello or Ms. Ware moving forward. The city has several solicitors that represent it.

Respectfully,
Rachel Ware
Joshua Mello

On Wed, Dec 20, 2023 at 2:33 PM Marc DeSisto <marc@desistolaw.com> wrote:

> Dear Ms. Ware and Mr. Mello,
>
> As you may be aware, I represent the Defendants in the recent suits that you have filed. You have sent requests for information directly to my clients. Please refrain from doing this and direct future correspondence to me.
>
> Your requests are premature. We have not had a Rule 16 Conference with the court. In addition, there are pending Motions to Dismiss on behalf of Mr. Gustafson, Mr. Vesey and Attorney Catalano. As a result, we will not be providing information responsive to your request at this time.
>
> **Marc DeSisto**
>
> 60 Ship Street, Providence, RI 02903
>
> (401) 272-4442 Ext. 212 | Direct: (401) 649-4299

marc@desistolaw.com

www.desistolaw.com

This e-mail message and any attachments are confidential, may contain attorney-client privileged information and are intended for the recipient(s) to whom they are addressed only. If you are not an intended recipient, you have received this e-mail in error and any use, review, dissemination, forwarding, printing or copying of this e-mail or the information contained therein is strictly prohibited. All messages sent to and from this office may be monitored to ensure compliance with internal policies and to protect the firm's interest and that of its clients. If you have received this e-mail in error, please notify the sender immediately and then delete this message. Thank you.

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

**This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering**

**the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.**