# Exhibit C

1        **3RD DIVISION DISTRICT COURT**

2   **STATE OF RHODE ISLAND VERSUS JOSHUA MELLO**

3        **CASE NUMBER 31-2021-08448**

4          **DECEMBER 18, 2023**

5

1                                    **TABLE OF CONTENTS**

2

3

4     LIST OF PARTICIPANTS .................................................................................................. 3

5     TRANSCRIPT .................................................................................................................. 4

6

1                     **LIST OF PARTICIPANTS**

2

3

4    Judge James J. Caruolo

5    Attorney Christopher Millea

6    Joshua Mello

7    (Male)

8    (Female)

9

**TRANSCRIPT**

| | | |
|---|---|---|
| 4 | Judge Caruolo: | Mr. Millea, are you ready on the Joshua Mello matter? |
| 6 | Attorney Millea: | I believe so, Judge. Yes. |
| 8 | Judge Caruolo: | Is Joshua Mello in the courtroom? Come on up, sir. Counsel, would |
| 9 | | you identify yourself for the record? |
| 11 | Attorney Millea: | Good morning, Your Honor. Christopher Millea on behalf of the City |
| 12 | | of Cranston. |
| 14 | Judge Caruolo: | Thank you. Sir, may I have your name, please? |
| 16 | Joshua Mello: | Joshua Mello, Your Honor. |
| 18 | Judge Caruolo: | All right, so this is a motion for post-conviction relief filed pro se. Is |
| 19 | | that correct? |
| 21 | Joshua Mello: | That is correct, Your Honor. |
| 23 | Judge Caruolo: | All right. |
| 25 | Attorney Millea: | Judge, I-, I-, I'm not sure – I'll just lay out procedurally. I'm not sure |
| 26 | | why this is here. Mr. Mello was, was convicted in this Court, properly |
| 27 | | convicted. He properly filed a – an appeal of the Superior Court. It |
| 28 | | was handled by the Attorney General's. Uh, by agreement with the |

| | | |
|---|---|---|
| 1 | | Attorney General, Mr. Mello asked that the matter be remanded back |
| 2 | | to District Court. And at that point, (it's set 1:14) here. So the |
| 3 | | conviction – uh, upon conviction and, and not doing anything |
| 4 | | (unintelligible 1:20) 5 days, it ripened into a conviction. So he's |
| 5 | | filing... |
| 6 | | |
| 7 | Judge Caruolo: | So he took an appeal. |
| 8 | | |
| 9 | Attorney Millea: | He took an appeal and it came back. |
| 10 | | |
| 11 | Judge Caruolo: | But it was a timely appeal. |
| 12 | | |
| 13 | Attorney Millea: | But it also was a timely come back. So you have to do something with |
| 14 | | it once it comes here. |
| 15 | | |
| 16 | Judge Caruolo: | Okay. |
| 17 | | |
| 18 | Attorney Millea: | He, he filed for post-conviction. It has nothing to do with the City, so |
| 19 | | to speak. Uh, he apparently was before Judge McCaffrey last week. |
| 20 | | |
| 21 | Judge Caruolo: | Yeah. |
| 22 | | |
| 23 | Attorney Millea: | There's an order in which he was supposed to be at least interviewed |
| 24 | | by the Public Defender's Office to see if he qualifies for counsel. On |
| 25 | | behalf of the City, I'm not sure – uh, I'm gonna be having |
| 26 | | conversation with Mr. Catalano (unintelligible 1:59) with the |
| 27 | | members of Attorney General's Department representing the City |
| 28 | | because I believe his, his claim at least is in part against his attorney |

| | | |
|---|---|---|
| 1 | | but I don't know (if 2:09) also Mr. Mello has, uh, taken it upon |
| 2 | | himself to file a couple of 1983 claims in federal court. |
| 3 | | |
| 4 | Judge Caruolo: | Okay. |
| 5 | | |
| 6 | Attorney Millea: | Uh, and those are being handled by, uh, uh, by the City through Mr. |
| 7 | | (DeSisto's 2:22) office. So I'm just not sure why we're here. I'm not |
| 8 | | tryin' to belabor it. According to Judge McCaffrey's order, he is going |
| 9 | | to be giving, uh, an evidentiary hearing... |
| 10 | | |
| 11 | Judge Caruolo: | Uh, Sheriff. |
| 12 | | |
| 13 | Attorney Millea: | ...(unintelligible 2:33). |
| 14 | | |
| 15 | Judge Caruolo: | Pardon me. |
| 16 | | |
| 17 | | (2:34 to 2:45 unrelated to this case) |
| 18 | | |
| 19 | Judge Caruolo: | I'm sorry, Mr. Millea. |
| 20 | | |
| 21 | Attorney Millea: | No, that's okay, Your Honor. Thank you. So according to Judge |
| 22 | | McCaffrey's order, it is going to be for a hearing of some sort. I, I |
| 23 | | just (unintelligible 2:54)... |
| 24 | | |
| 25 | Judge Caruolo: | Before Judge McCaffrey? |
| 26 | | |
| 27 | Attorney Millea: | That's according to this order that she issued last week. |
| 28 | | |

| 1 | Judge Caruolo: | All right, so as of today, Mr. Mello was supposed to interview with |
| 2 | | the PD's office. |
| 3 | | |
| 4 | Attorney Millea: | That's, that's, that's all I think it's here for, yeah. |
| 5 | | |
| 6 | Judge Caruolo: | Is that your understanding, Mr. Mello? |
| 7 | | |
| 8 | Joshua Mello: | Uh, negative, Your Honor. Last, uh, I was here, I had already |
| 9 | | interviewed. There was a notice from the public defender said that I |
| 10 | | was in conflict. I sh-, was coming... |
| 11 | | |
| 12 | Judge Caruolo: | Okay. |
| 13 | | |
| 14 | Joshua Mello: | ...here to get a (==approved== 3:16) lawyer. |
| 15 | | |
| 16 | Judge Caruolo: | Okay. |
| 17 | | |
| 18 | Joshua Mello: | As of the last, I understood, uh... |
| 19 | | |
| 20 | Judge Caruolo: | Court-appointed counsel? |
| 21 | | |
| 22 | Joshua Mello: | Correct, Your Honor. |
| 23 | | |
| 24 | Judge Caruolo: | All right. Lemme just see. Have your – has your office submitted a |
| 25 | | conflict letter to the Court yet? |
| 26 | | |
| 27 | (==Male==): | There should be one in the portal, Your Honor. |
| 28 | | |

| 1 | Judge Caruolo: | Is there one in the portal? I don't know what he's talkin' about. |
| 2 | | Usually I get them physically. |
| 3 | | |
| 4 | (Female): | For a, uh, attorney (for 3:34) PD? |
| 5 | | |
| 6 | Judge Caruolo: | Conflict letter. |
| 7 | | |
| 8 | (Female): | Conflict letter. |
| 9 | | |
| 10 | Judge Caruolo: | You need to provide those physically to the Court so we can look in |
| 11 | | the file. It's not enough to just file it in the portal. |
| 12 | | |
| 13 | (Male): | I may have filed it at a earlier date. I believe this, uh, this has been on |
| 14 | | before. |
| 15 | | |
| 16 | (Male): | Judge, if I can, uh – perhaps I can help the Court. |
| 17 | | |
| 18 | Judge Caruolo: | I have a... |
| 19 | | |
| 20 | (Male): | ...since yours... |
| 21 | | |
| 22 | Judge Caruolo: | One m-, one moment. |
| 23 | | |
| 24 | (Male): | ...yours (unintelligible 3:56)... |
| 25 | | |
| 26 | Judge Caruolo: | I have a, I have a conflict letter. |
| 27 | | |
| 28 | (Male): | Okay. |

1

2    Judge Caruolo:       It's dated December 6, so we're all set.

3

4    (Male):              Yeah.

5

6    Judge Caruolo:       Uh, lemme check to see if Court – has a court-appointed attorney

7                         contacted you yet, sir?

8

9    Joshua Mello:        Uh, negative, Your Honor. I was under the, uh, understanding that that

10                        was supposed to have, uh, been done and I was supposed to, uh, meet

11                        with them today, not have, uh, the City here, uh, represented by...

12

13   Judge Caruolo:       Well, the City, the City has every right to be here just as you do.

14

15   Joshua Mello:        (Unintelligible 4:18) Catalano (when I) (unintelligible 4:19)

16                        prosecutorial misconduct case against him not only with the, uh,

17                        federal court but with the disciplinary committee (unintelligible 4:25).

18

19   Judge Caruolo:       All right.

20

21   Joshua Mello:        And in part, the reason why (unintelligible 4:27)...

22

23   Judge Caruolo:       All right, Mr. Mello. Mr. Mello. I asked a very simple question.

24

25   Joshua Mello:        Oh, I (thought 4:31)...

26

27   Judge Caruolo:       Have you been contacted by court-appointed counsel yet?

28

| | | |
|---|---|---|
| 1 | Joshua Mello: | I have not. |
| 2 | | |
| 3 | Judge Caruolo: | All right. So before you start addressing the Court, I wanna make sure |
| 4 | | that you're represented by an attorney so that you don't say something |
| 5 | | that's not in your best interest. Do you know if anybody's been |
| 6 | | appointed yet? |
| 7 | | |
| 8 | (Female): | No, there are several attorneys but, um, I was just looking at that and, |
| 9 | | uh, lemme see. Okay, looks like, uh, on November 28, Denise G-U-E- |
| 10 | | R-T-I-N has possibly been appointed. |
| 11 | | |
| 12 | Judge Caruolo: | All right, so the conflict letter's dated December 6. |
| 13 | | |
| 14 | (Female): | The attorney's name is Justin James Lisi. Oh, that would be – there |
| 15 | | was a conflict though (unintelligible 5:27) public defender. |
| 16 | | |
| 17 | Judge Caruolo: | So they submitted a conflict letter with... |
| 18 | | |
| 19 | (Female): | Right. |
| 20 | | |
| 21 | Judge Caruolo: | ...this Defendant and he needs court-appointed counsel. |
| 22 | | |
| 23 | (Female): | Right. I understand. |
| 24 | | |
| 25 | Judge Caruolo: | All right, so I'll give him a new date for the clerk's office to assign... |
| 26 | | |
| 27 | (Female): | And I'll (unintelligible 5:40) fax it over to (Kim 5:41). |
| 28 | | |

| | | |
|---|---|---|
| 1 | Judge Caruolo: | Okay. Mr. Mello... |
| 2 | | |
| 3 | (Female): | Uh, 'cause I don't know if it was faxed over. |
| 4 | | |
| 5 | Judge Caruolo: | ...Mr. Mello, sir? |
| 6 | | |
| 7 | Joshua Mello: | Yes, Your Honor. |
| 8 | | |
| 9 | Judge Caruolo: | You are entitled to court-appointed counsel. I'm gonna give ya a new |
| 10 | | date so that the clerk's office can appoint the next attorney on the list |
| 11 | | who handles post-conviction relief matters. I'll push it out because of |
| 12 | | the holiday. I can give ya the 8th or the 22nd. Which date is better for |
| 13 | | you, sir? |
| 14 | | |
| 15 | Joshua Mello: | The, uh, 8th will be fine, Your Honor. Thank you. |
| 16 | | |
| 17 | Judge Caruolo: | Reassigned 1/8/24 for court-appointed counsel to be assigned. |
| 18 | | |
| 19 | (Male): | Quick question, Your Honor. Will that be in this courtroom? |
| 20 | | |
| 21 | Judge Caruolo: | I guess so. It's been in front of Judge McCaffrey, it's here now. I'll |
| 22 | | keep it here so that we know who his attorney is and then procedurally |
| 23 | | it can be, um – a decision can be made as to whether or not his post- |
| 24 | | conviction relief request is heard here initially or not. |
| 25 | | |
| 26 | (Male): | Right. She was the... |
| 27 | | |
| 28 | Joshua Mello: | Thank you. |

1

2    (Male):           ...she was the trial judge, Your Honor.

3

4    Judge Caruolo:    If she was the trial judge, i-, it may be properly before her.

5

6    (Male):           Okay, so...

7

8    Judge Caruolo:    Okay?

9

10   (Male):           ...(2B 6:47) 1/8/24. Thank you.

11

12   Judge Caruolo:    Okay.

13

14   Attorney Millea:  Thank you, Your Honor.

15

16   Judge Caruolo:    All right, sir? See the clerk. She'll give you a note. And, um, sir, just,

17                     uh, if ya see a telephone number come in on your phone, I know

18                     sometimes the spam – I'm gonna ask ya to answer it. It could be the

19                     attorney tryin' to get in touch with you. Okay?

20

21   Joshua Mello:     Yes, sir. Uh, thank you.

22

23

24   /ad