# Exhibit D

| | | |
|---|---|---|
| | | assigned to Chief Judge John J. McConnell, Jr. for all further proceedings (Jackson, Ryan) (Entered: 11/16/2023) |
| 11/16/2023 | | TEXT ORDER granting 2 Motion for Leave to Proceed in forma pauperis. The United States Marshals Service is hereby ordered to serve the plaintiffs summons and complaint on the defendants. So Ordered by Chief Judge John J. McConnell, Jr. on 11/16/2023. (Jackson, Ryan) (Entered: 11/16/2023) |
| 11/16/2023 | 4 | Letter sent to Joshua Mello requesting that the Process Receipt and Return form (USM-285) and summons be completed in order for the U.S. Marshals Service to effectuate service pursuant to Fed. R. Civ. P. 4(c)(3). USM -285 form can be found by clicking here. (Hill, Cherelle) (Entered: 11/16/2023) |
| 11/16/2023 | | DOCKET NOTE: Clerk's office mailed Joshua Mello Summons and USM-285 forms to be filled out. (Hill, Cherelle) (Entered: 11/16/2023) |
| 11/20/2023 | 5 | Summons Request filed by Joshua Mello, Rachel Ware. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons)(Hill, Cherelle) (Entered: 11/20/2023) |
| 11/20/2023 | 6 | Summons Issued as to Edward Arruda, Steven Catalano, Derek Gustafson, Officer John Rocchio and Timothy Vesey. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons)(Hill, Cherelle) (Entered: 11/20/2023) |
| 11/20/2023 | | DOCKET NOTE: Regarding: Complaint, Summons and USM-285 Forms forwarded to the Marshalls for Service. (Hill, Cherelle) (Entered: 11/20/2023) |
| 12/06/2023 | 7 | SUMMONS Returned Executed by Joshua Mello, Rachel Ware. Edward Arruda served on 12/1/2023, answer due 12/22/2023; Derek Gustafson served on 12/1/2023, answer due 12/22/2023; Officer John Rocchio served on 12/1/2023, answer due 12/22/2023; Timothy Vesey served on 12/1/2023, answer due 12/22/2023. (Attachments: # 1 Summons Executed, # 2 Summons Executed, # 3 Summons Executed)(Hill, Cherelle) (Entered: 12/06/2023) |
| 12/14/2023 | 8 | NOTICE of Appearance by Julia Scott- Benevides on behalf of All Defendants (Scott- Benevides, Julia) (Entered: 12/14/2023) |
| 12/14/2023 | 9 | NOTICE of Appearance by Julia Scott- Benevides on behalf of All Defendants (Scott- Benevides, Julia) (Entered: 12/14/2023) |
| 12/14/2023 | 10 | NOTICE of Appearance by Marc DeSisto on behalf of All Defendants (DeSisto, Marc) (Entered: 12/14/2023) |
| 12/14/2023 | 11 | Notice of Acceptance of Service filed by Steven Catalano. Steven Catalano served on 12/14/2023, answer due 2/12/2024. (DeSisto, Marc) (Entered: 12/14/2023) |
| 12/14/2023 | 12 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by All Defendants. **Responses due by 12/28/2023.** (Attachments: # 1 Supporting Memorandum)(Scott- Benevides, Julia) (Entered: 12/14/2023) |
| 12/14/2023 | 13 | ANSWER to Complaint by Edward Arruda, Officer John Rocchio.(Scott- Benevides, Julia) (Entered: 12/14/2023) |
| 12/28/2023 | 14 | RESPONSE IN OPPOSITION by Joshua Mello, Rachel Ware re 13 Answer to Complaint. (Hill, Cherelle) (Entered: 12/28/2023) |
| 12/28/2023 | 15 | RESPONSE In Opposition to 12 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Joshua Mello, Rachel Ware. **Replies due by 1/4/2024.** (Hill, Cherelle) (Entered: 12/28/2023) |