| | |
|---|---|
| **From:** | Joshua Mello <kskustomsrideons@gmail.com> |
| **Sent:** | Friday, August 15, 2025 3:34 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Submission for case 1-23-00480 & 00479 |
| **Attachments:** | PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO MOTION TO STAY.pdf |

**CAUTION - EXTERNAL:**

Good Afternoon,

Here is our PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO MOTION TO STAY for case no. 480 & 479.

Thank You,
Rachel

--

K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering

the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.