## Meghan Kenny

| | |
|---|---|
| **From:** | Joshua Mello <kskustomsrideons@gmail.com> |
| **Sent:** | Thursday, August 28, 2025 11:02 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Submission into CA 1-23-cv-00480 & 00479 |
| **Attachments:** | Moiton to DISQUALIFY.pdf; exhibit list for motion for disqualification of Attorney Julia K. Scott-Benevides.pdf |
| **Categories:** | Being Worked On MK |

**CAUTION - EXTERNAL:**

Good Morning,

We are submitting a Motion to Disqualify into case 00480 & 00479.

Thank You,
Rachel Ware

--
K's Kustom's Ride On's & Rentals
Making Smiles for Miles
www.kskustoms.com
401-426-0778/401-447-7769

**CONFIDENTIALITY NOTICE**

This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering

the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately, and to purge the communication.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.