UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSHUA MELLO and RACHEL WARE,<br>*Plaintiffs,*<br><br>vs.<br><br>DEREK GUSTAFSON, TIMOTHY VESEY, STEVEN CATALANO, JOHN ROCCHIO and EDWARD ARRUDA<br>*Defendants* | C.A. No. 1:23-cv-00480-JJM-PAS |

**DEFENDANTS' OBJECTION TO PLAINTIFF RACHEL WARE'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Now Come Defendants Edward Arruda and John Rocchio and hereby object to Plaintiffs' Motion For Leave to File Second Amended Complaint. As grounds for the within motion, Defendants rely on their Memorandum in Support of said objection, which is incorporated by reference.

Wherefore, Defendants request that Plaintiffs' motion be denied.

Defendants
By their Attorney,

*/s/ Kathleen A. Hilton*
Kathleen A. Hilton, Esq. (#9473)
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
katie@desistolaw.com

*Mello, et al, v. Derek Gustafson, et al*
*C.A. No. 23-cv-000480-JJM-LDA*

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on the 26th day of September, 2025, and is available for viewing and downloading from the ECF system.

I further certify that a true and accurate copy of the within was emailed and mailed, postage prepaid, to:

| | |
|---|---|
| Joshua Mello | Rachel Ware |
| 57 Rolfe Square, Unit 10113 | 57 Rolfe Square, Unit 10113 |
| Cranston, RI 02910 | Cranston, RI 02910 |
| kskustomsrideons@gmail.com | kskustomsrideons@gmail.com |

*/s/ Kathleen A. Hilton*