UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JOSHUA MELLO,<br>    Plaintiff,<br><br>v.<br><br>EDWARD ARRUDA; and JOHN ROCCHIO,<br>    Defendants. | C.A. No. 23-cv-479-JJM-PAS |
| JOSHUA MELLO; and RACHEL WARE<br>    Plaintiffs,<br><br>v.<br><br>JOHN ROCCHIO; and EDWARD ARRUDA,<br>    Defendants. | C.A. No. 23-cv-480-JJM-PAS |

ORDER

Before the Court are various motions (ECF Nos. 79, 104, and 107)[1] and a Report and Recommendation by the Magistrate Judge ("R&R") (ECF No. 106)[2] concerning ECF No. 79. The Court will deal with the Motion *seriatim*.

---

[1] The ECF Nos. refer to the docket in 23-cv-479-JJM-PAS.
[2] Plaintiffs filed an Objection to the R&R – ECF No. 111.

1. *Plaintiffs' Motion for Summary Judgment – ECF No. 79.*

   Because the Magistrate Judge's R&R was supported by the facts and is consistent with the law, the Court adopts the R&R in full, and DENIES Plaintiffs' Motion for Summary Judgment for the reasons stated in the R&R.

2. *Plaintiffs' Motion to Disqualify Defendants' Counsel – ECF No. 104.*

   Plaintiffs have moved to disqualify one of the counsels for the Defendants. The Plaintiffs' submission contains unsupported and false accusations about the attorney. The Court has reviewed each of the allegations against the attorney and finds that they are false. The attorney in questions has handled this case professionally, competently, and consistent with the Rules of Professional Conduct and the Rules of Civil Procedure. The Court DENIES Plaintiffs' Motion to Disqualify Defendants' Counsel.

3. *Plaintiff Rachel Ware's Motion for Leave to File a Second Amended Complaint – ECF No. 107.*

   This Motion is referred to the Magistrate Judge for decision.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____
John J. McConnell, Jr.
Chief Judge
United States District Court

October 8, 2025